UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KYLE M. ZENGERLE**                                                                                    **PLAINTIFF**

**VERSUS**                                                           **CIVIL ACTION NO. 1:05CV123-LG**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                              **DEFENDANT**

## **JUDGMENT**

This cause came on for hearing before the Court on the Claimant's Motion to Reverse the Commissioner's Decision, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Claimant's Motion to Reverse the Commissioner's Decision filed January 18, 2007, [19-1] should be and is hereby **DENIED.** The decision of the Commissioner is hereby affirmed and the above captioned cause is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 22th day of March, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE